In the Matter of the Claim of ROY BUTLER, Respondent, against GRUMMAN AIRCRAFT ENGINEERING CORPORATION et al., Appellants.

WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted January 13, 1948; decided March 11, 1948.

*Charles P. Barre* for appellants.

*Nathaniel L. Goldstein,* Attorney-General (*Gilbert M. Landy* and *Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.